|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

C. STEWART, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:22-CV-550
§
ZENA STEPHENS, SHERIFF, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff, C. Stewart, a former pretrial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed this lawsuit against Defendants alleging civil rights violations under 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On December 15, 2022, the magistrate judge entered a Report and Recommendation (#4) in which he recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). To date, Plaintiff has not filed objections to the report.[1]

    The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] A copy of the report was returned with the notation Plaintiff was released or no longer at the facility (#5). Plaintiff has failed to update the court with his current address.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#4) is **ADOPTED**.  This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 3rd day of April, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE